**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-2127**

_____

In re:  BOBBY HAZEL,

        Petitioner.

_____

On Petitions for Writ of Mandamus to the United States District Court for the Eastern District of Virginia, at Alexandria.  (1:93-cr-00062-MSN-1)

_____

Submitted:  May 29, 2025                                       Decided:  June 5, 2025

_____

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

_____

Petitions denied by unpublished per curiam opinion.

_____

Bobby Hazel, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Hazel petitions for a writ of mandamus. In his initial and amended petitions, he alleges that the district court has unduly delayed acting on his motions for a writ of error coram nobis, to compel the release of a video, and to appoint counsel. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently ruled on the pending motions. *See United States v. Hazel*, No. 1:93-cr-00062-MSN-1 (E.D. Va. Feb. 7, 2025). Accordingly, because the district court has decided the subject motions, we deny as moot the initial and amended mandamus petitions. *See Williams v. Ozmint*, 716 F.3d 801, 809 (4th Cir. 2013) (noting that issue is moot when party "receives the relief he or she sought to obtain" (citation and internal quotation marks omitted)). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITIONS DENIED*
